# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE CRUZ FLORES, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY; DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.: CV 24-03644-DMG (PDx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [44]** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), and the parties' Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant and DOES 1 through 50 are hereby DISMISSED WITH PREJUDICE.  This Court shall reserve jurisdiction to enforce the terms of the parties' settlement, including Plaintiff's anticipated motion for attorney's fees pursuant to Federal Rules of Civil Procedure Rule 54(d)(2).

DATED:  August 19, 2025

_____
DOLLY M. GEE
Chief United States District Judge

ORDER RE DISMISSAL OF ACTION WITH PREJUDICE